Dated: 9/18/2020

Marian F. Harrison
US Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHAWANDA NICOLE ANDREWS, ) | CASE NO: 3:17-bk-06961 |
| ) | CHAPTER 13 |
| Debtor. ) | JUDGE MARIAN F. HARRISON |

**AMENDED ORDER GRANTING EXPEDITED MOTION TO
UTILIZE INSURANCE PROCEEDS TO PURCHASE SUBSTITUTE COLLATERAL
AND REQUIRING LIENHOLDER TO RELEASE LIEN ON TITLE
OF DESTROYED VEHICLE TO ALLOW DISPOSITION OF SALVAGE
TO CORRECT SCRIVENER'S ERROR**

This Order is amended to correct a scrivener's error on *Order Granting Debtor's Expedited Motion to Utilize Insurance Proceeds to Purchase Substitute Collateral and to Require Lienholder to Release Lien on Title of Destroyed Vehicle to Allow Disposition of Salvage* [Court Docket No. 42]. The previous Order listed the lienholder in the second paragraph as Quantum3 Group, LLC, as agent for Wollemi Acquisitions, LLC. The correct lienholder should be Inland Bank as listed in the other paragraphs.

This cause came before the Court on September 9, 2020, upon the *Debtor's Expedited Motion to Utilize Insurance Proceeds to Purchase Substitute Collateral and to Require Lienholder to Release Lien on Title of Destroyed Vehicle to Allow Disposition of Salvage*. It appears to the Court that no objections, responses, or otherwise were filed or raised at the hearing. It is therefore:

ORDERED the Debtor may use the insurance proceeds in the amount of $7,885.00 to purchase a replacement vehicle of substantially similar value, subject to approval of Inland Bank. It is further

ORDERED approval of the replacement vehicle must be sent to Inland Bank by way of a buyer's order. Inland Bank shall have 72 hours to inspect and/or investigate if the replacement vehicle is substantially similar and to accept or reject the vehicle as a replacement. If Inland Bank fails to reject the

vehicle within 72 hours upon the receipt of a buyer's order, then it is automatically deemed as accepted. It is further

ORDERED that once the approved buyer's order is provided to Progressive Insurance Company, Progressive Insurance Company shall make a check payable to the dealership from which the Debtors is purchasing the replacement vehicle in an amount equal to the insurance coverage or the total purchase price indicated on the buyer's order, whichever is less within 72 hours. It is further

ORDERED should Inland Bank fail to approve a second submitted buyer's orders, Inland Bank be given 72 hours in which to locate an available vehicle meeting their requirement available for purchase at the amount of the insurance proceeds. If Inland Bank fails to provide this information, then the last submitted buyer's order shall be deemed accepted. It is further

ORDERED should the replacement vehicle's purchase price exceed the estimated insurance proceeds then the Debtors shall be responsible for paying the difference at the time of purchase. It is further

ORDERED should the replacement vehicle's purchase price be less than the insurance proceeds, Progressive Insurance Company shall make a check payable to the dealership for the amount necessary to purchase the vehicle and the excess funds shall be made payable to Inland Bank. Should Inland Bank receive any excess funds, they shall amend their proof of claim with the Court within 30 days. It is further

ORDERED Inland Bank shall release its lien on the Certificate of Title to the totaled automobile and provide the Title to Progressive Insurance Company. As consideration for the release of its security interest in the totaled automobile, the replacement vehicle shall be substituted as collateral and Inland Bank shall be granted a lien on said replacement vehicle.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved For Entry By:

*/s/Alise Housden*
Alise Housden, TN Bar # 34282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.